# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RANDY A. BAUSCHER, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BROOKSTONE SECURITIES, INC., a Florida ) <br> corporation, JESSE KRAPF, an individual, and ) <br> DOES 1-10, ) <br> ) <br> Defendants. ) <br> ) | Case No. 12-CV-00028-BLW <br><br> **ORDER RE:  STIPULATION FOR ENLARGEMENT OF TIME** |

This matter having come before the Court on the parties' Stipulation for Enlargement of Time to file an Amended Complaint (Dkt. No. 27), and good cause appearing therefore,

NOW THEREFORE IT IS HEREBY ORDERED that the Stipulation (docket no. 27) is APPROVED.

IT IS FURTHER ORDERED that the deadline for Plaintiff to file an Amended Complaint is extended from August 1, 2012 to no later than October 1, 2012.

DATED: July 27, 2012

_____
B. Lynn Winmill
Chief Judge
United States District Court

**ORDER - 1**