# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RANDY A. BAUSCHER,<br><br>            Plaintiff,<br><br>  vs.<br><br>BROOKSTONE SECURITIES, INC., a Florida corporation, JESSE KRAPF, an individual, and DOES 1-10,<br><br>            Defendants. | Case No. 4:12-cv-00028-BLW<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS BROOKSTONE SECURITIES, INC. AND JESSE KRAPF** |

**THIS MATTER,** having come before the Court on the Motion of Defendants' Counsel of Record to withdraw from representation, the Court being fully advised in the premises, and finding good cause therefore, **NOW THEREFORE,**

    **NOW THEREFORE IT IS HEREBY ORDERED**, that the motion to withdraw (docket no. 32) is GRANTED.

    **IT IS FURTHER ORDERED,** that Edgerton & Weaver, LLP, counsel of record for Defendants Brookstone Securities, Inc. and Jesse Krapf (collectively, "Defendants"), is granted leave to withdraw from representation of Defendants in the above-captioned case.  Each Defendant is hereby instructed to appoint another attorney to appear on its behalf, or to appear in person by filing a notice with this Court stating how such Defendant will be represented.  Defendant Brookstone Securities, Inc. is hereby advised

ORDER – 1

that it cannot appear without being represented by an attorney in accordance with Dist. Idaho Loc. Civ. R. 83.4(d).[1]

**IT IS FURTHER ORDERED,** that Edgerton & Weaver, LLP serve this Order on all parties herein upon entry of this Order. Edgerton & Weaver, LLP shall continue to represent Defendants until proof of service of this Order has been filed with this Court.

**IT IS FURTHER ORDERED,** that Defendants have twenty-one (21) days after the filing of proof of service to advise this Court in writing in what manner they will be represented. If Defendants, or either of them, fail to appear within such twenty-one (21) day period, such failure will be sufficient grounds for the entry of a default against such Defendant without further notice.

**IT IS FURTHER ORDERED,** that upon entry of this Order and the filing of proof of service on Defendants, no further proceedings shall be conducted which will affect the right of either Defendant for a period of twenty-one (21) days.

DATED: January 10, 2013

B. Lynn Winmill
Chief Judge
United States District Court

---

[1] Dist. Idaho Loc. Civ. R. 83.4(d) provides that whenever an entity other than an individual desires or is required to make an appearance in this Court, the appearance shall be made only by an attorney of the bar of this Court or an attorney permitted to practice under these rules.

ORDER – 2